# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LEE QUILLAR,
Petitioner,
v.

JAMES HILL, Warden,
Respondent.

Case No.: 3:25-cv-00253-BTM-LR

**ORDER DENYING SECOND MOTION FOR RELEASE FROM CUSTODY PENDING DECISION AND DENYING AS MOOT REQUEST FOR ENTRY OF SCHEDULING ORDER**

**[ECF NOS. 36, 37]**

Petitioner Lee Quillar has filed a second motion for release from custody pending disposition of his habeas petition. He has also filed a motion for the entry of a scheduling order.

For the reasons discussed in the Court's order issued on September 4, 2025 (*see* ECF No. 18, at 7), the Petitioner's second motion for release is **DENIED** (ECF No. 36 ("Mot. Release")). The Ninth Circuit has "not yet decided whether district courts have the authority to grant bail pending resolution of a habeas petition." *United States v.*

*McCandless*, 841 F.3d 819, 822 (9th Cir. 2016). Assuming that the Court has authority to order the Petitioner's release pending the outcome of his petition, that authority would be limited to "extraordinary cases involving special circumstances or a high probability of success." *In re Roe*, 257 F.3d 1077, 1080 (9th Cir. 2001). The Petitioner has demonstrated neither here. He requests this preliminary relief because he has been "incarcerated under a life sentence . . . since 1996, and because state and federal courts have not provided meaningful judicial review of his fundamental claims since that time." (Mot. Release, 1.) The Court does not find that these are special circumstances warranting preliminary relief. The Court also does not find that the Petitioner has demonstrated a high probability of success at this time. Considering that the petition is under merits review, this determination would be premature.

Regarding Quillar's motion for a scheduling order, it is **DENIED** as moot. (ECF No. 37.) The Court entered a briefing schedule in the order issued on September 2, 2026. (ECF No. 35, at 6.) The Respondent was ordered to file an answer and lodge the state court records no later than October 3, 2026. The answer and records were filed on September 24, 2026. (ECF Nos. 38, 39.) The Petitioner was ordered to file his reply no later than November 6, 2026. The reply was filed on October 7, 2026. (ECF No. 40.) The case will be deemed submitted for the Court's decision on **November 6, 2026**. To the extent that the motion requests that the Court set dates to conduct discovery or hold an evidentiary hearing, the request is denied. The Court may order additional discovery or an evidentiary hearing after reviewing the merits of the petition. The pending motion for discovery is submitted to the Court and will be reviewed alongside the petition. (ECF No. 41.)

**IT IS SO ORDERED.**

Dated: October 22, 2026

Honorable Barry Ted Moskowitz
United States District Judge